IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:22-PO-00061-HBK-1 |
| Plaintiff, ) | ORDER APPOINTING COUNSEL |
| vs. ) | |
| CAMERON D. HOGAN, ) | |
| Defendant. ) | |

Pending is the Federal Defender's motion seeking appointment of counsel for the Defendant. (Doc. No. 4). The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel. (Doc. No. 5). Defendant has been charged with destroying, injuring plants and operating a motor vehicle off road in undesignated areas in violation of 36 CFR § 2.1 (a)(1)(i), 36 CFR § 4.10 (a). The violations each carry a maximum sentence of 6 months in custody, or a $5000 fine, or both. In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court will appoint counsel for Defendant.

Accordingly, it is ORDERED:

1. The Federal Defender's motion seeking appointment of counsel for the Defendant (Doc. No. 4) is GRANTED.

2. The Court appoints the Federal Defender, Assistant Federal Defender Griffin Estes, as counsel for Defendant.

3. This appointment shall remain in effect until further Order of this Court.

Dated:   February 1, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE